UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00413-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL WILLIAM DURAN,

      Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a Supervised Release Violation Hearing will be held on **September 1, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 15th day of June, 2006.

      BY THE COURT:

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge