UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00413-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANIEL WILLIAM DURAN,

       Defendant.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a hearing on violation of supervised release will be held on **July 18, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 12th day of June, 2007

       **BY THE COURT:**

*Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge